

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | May 29, 2025 |
| U.S. v. ANGELA ROCIO URRUTIA CRUZ  8:25MJ353 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA Sean P. Lynch |

Be advised that the above named Defendant(s) is/are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐  Unseal the Indictment and any underlying Magistrate Judge case

☐  Unseal the Magistrate Judge case

☐  Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☒  Unseal the Magistrate Judge case but the underlying Complaint and Affidavit should remain **Restricted**