**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEBRASKA**

PDF FILE WITH AUDIO FILE ATTACHMENT

25-00353

USA v. Urrutia Cruz
    Defendant(1) Angela Rocio Urrutia Cruz

Initial Appearance

| | |
|---|---|
| Case Type : | mj |
| Case Number : | 25-00353 |
| Case Title : | USA v. Urrutia Cruz |
| Audio Date\Time: | 5/30/2025 2:00:52 PM |
| Audio File Name : | 825-mj-00353_20250530-140052.mp3 |
| Audio File Size : | 5619 KB |
| Audio Run Time : | [00:23:25] (hh:mm:ss) |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

**This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**